**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-516**

---

In Re: ROBERT CALVIN CRAIG, JR.,

Petitioner.

---

On Petition for Writ of Mandamus. (CA-95-182-3-P)

---

Submitted:  September 25, 1997        Decided:  October 20, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Robert Calvin Craig, Jr., Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Calvin Craig, Jr., brought this mandamus petition seeking review of a 1995 order imposing a prefiling injunction and fine. Additionally, he seeks release from prison or a hearing on a habeas corpus petition. To the extent he asks for review of the 1995 order, mandamus relief cannot be used as a substitute for direct appeal. <u>See</u> <u>In re United Steelworkers</u>, 595 F.2d 958, 960 (4th Cir. 1979). Further, mandamus is an extraordinary remedy, and not an appropriate means to obtain habeas corpus relief. Accordingly, we deny Craig's mandamus petition. We deny the motion for injunction and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decision process.

<u>PETITION DENIED</u>

2